**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-00136 |
| | § | |
| LEE MICHAEL FACKLIS | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 0 of the United States Bankruptcy Code was filed on 01/04/2011. The case was converted to one under Chapter 7 on 07/09/2013. The undersigned trustee was appointed on 07/09/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $100,000.50

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $11.07 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $99,989.43 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/16/2014 and the deadline for filing government claims was 04/16/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,250.03. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,250.03, for a total compensation of $8,250.03[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/18/2015                By:    /s/ Gus A. Paloian
                                        Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1       Exhibit A

| Case No.: | 11-00136-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | FACKLIS, LEE MICHAEL | Date Filed (f) or Converted (c): | 07/09/2013 (c) |
| For the Period Ending: | 8/18/2015 | §341(a) Meeting Date: | 08/14/2013 |
|  |  | Claims Bar Date: | 04/16/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2100 N. Damen Chicago IL | $130,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2201 W. Fulton Chicago IL | $6,000,000.00 | $1,700,000.00 | | $0.00 | FA |
| 3 | 2633 W. Whipple Street Chicago, IL | $1,500,000.00 | $181,683.01 | | $0.00 | FA |
| 4 | Cash on Hand | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Checking account | $1,383.00 | $0.00 | | $0.00 | FA |
| 6 | Household furnishing, etc @ residence 2633 North Whipple, Chicabo | $5,000.00 | $3,833.00 | | $0.00 | FA |
| 7 | ordinary books, family pictures, etc | $500.00 | $0.00 | | $0.00 | FA |
| 8 | ordinary and necessary wearing apparel | $2,000.00 | $0.00 | | $0.00 | FA |
| 9 | misc. jewelry | $250.00 | $0.00 | | $0.00 | FA |
| 10 | ski and hobby equipment, firearms | $1,000.00 | $0.00 | | $0.00 | FA |
| 11 | Gensworth - no cash value - beneficiary Barbara Dallia | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Gensworth - no cash value - bene Jeff Facklis | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Pekin - no casd value - bene Jeff Facklis Trust | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Prudential - no case balue - bene Lee Facklis Trust | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Transamerica - no case value - bene A. Facklis | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Transamerica - no case value - bene Jeff Facklis Trust | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Transamerica - no case value - bene M. Banks | $0.00 | $0.00 | | $0.00 | FA |
| 18 | 100 Shares Show Department Inc. | Unknown | $0.00 | | $0.00 | FA |
| 19 | 100% Member 2100 N. Damen LLC | Unknown | $0.00 | | $0.00 | FA |
| 20 | 50% Member 2201 W. Fulton LLC (ownded by LMF Trust) | Unknown | $0.00 | | $0.00 | FA |
| 21 | 50% Member Boreray LLC | Unknown | $0.00 | | $0.00 | FA |
| 22 | 50% Member Resolution Digital Studios LLC | Unknown | $0.00 | | $0.00 | FA |
| 23 | 2201 W. Fulton LLC | $40,898.00 | $40,898.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit A

| Case No.: | 11-00136-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | FACKLIS, LEE MICHAEL | Date Filed (f) or Converted (c): | 07/09/2013 (c) |
| For the Period Ending: | 8/18/2015 | §341(a) Meeting Date: | 08/14/2013 |
| | | Claims Bar Date: | 04/16/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24  Boreray LLC | $11,745.00 | $11,745.00 | | $0.00 | FA |
| 25  Possible Tax Return | Unknown | $0.00 | | $0.00 | FA |
| 26  Lee M. Facklis Revocable Declaration of Trust dated Feb 22 2001 (trust owns B9 and B13 items | Unknown | $0.00 | | $0.00 | FA |
| 27  Jack Russell Terrier @ residence | $100.00 | $100.00 | | $0.00 | FA |
| 28  misc tools | $500.00 | $400.00 | | $0.00 | FA |
| 29  SETTLEMENT WITH BARBARA DALLIA - PURCHASER OF ASSETS INCLUDING 2633 N. WHIPPLE STREET, CHICAGO, IL, RETIREMENT ACCTS., PERSONAL PROP., AND BUSINESS INTERESTS LISTED IN SCHEDULE B, ALL TAXES REFUNDS, AND CAUSES OF ACTION | $0.00 | $100,000.00 | | $100,000.50 | FA |
| Asset Notes: SETTLEMENT WITH BARBARA DALLIA - PURCHASER OF ASSETS INCLUDING 2633 N. WHIPPLE STREET, CHICAGO, IL, RETIREMENT ACCTS., PERSONAL PROP., AND BUSINESS INTERESTS LISTED IN SCHEDULE B, ALL TAXES REFUNDS, AND CAUSES OF ACTION | | | | | |
| 30  IRA | $371,169.00 | $371,169.00 | | $0.00 | FA |
| Asset Notes: IRA | | | | | |

**TOTALS (Excluding unknown value)**

|  |  |  |  | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $8,064,745.00 | $2,409,828.01 | | $100,000.50 | $0.00 |

**Major Activities affecting case closing:**

The Trustee entered into a settlement agreement whereby purchaser agreed to purchase certain personal and business assets of the Estate. The purchaser made installment payments.
The Final Report will be submitted to the UST by 7/31/15.

**Initial Projected Date Of Final Report (TFR):**   12/31/2015   **Current Projected Date Of Final Report (TFR):**

/s/ GUS A. PALOIAN

GUS A. PALOIAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-00136-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | FACKLIS, LEE MICHAEL | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***2620 | Checking Acct #: | ******0253 |
| Co-Debtor Taxpayer ID #: | | Account Title: | LEE MICHAEL FACKLIS |
| For Period Beginning: | 1/4/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/12/2014 | (29) | BARBARA A. DALLIA FOR LEE MICHAEL FACKLIS | PROCEEDS FROM SALE OF 2633 N. WHIPPLE STREET, CHICAGO, IL | 1129-000 | $25,000.00 | | $25,000.00 |
| 03/13/2014 | (29) | Barbara Dallia | SETTLEMENT WITH BARBARA DALLIA PURSUANT TO AGREEMENT TO SELL ASSETS - FIRST INSTALLMENT PAYMENT | 1129-000 | $4,166.75 | | $29,166.75 |
| 03/13/2014 | (29) | Barbara Dallia | SETTLEMENT WITH BARBARA DALLIA PURSUANT TO AGREEMENT TO SELL ASSETS - MARCH, 2014 LUMP PAYMENT | 1129-000 | $50,000.00 | | $79,166.75 |
| 04/03/2014 | (29) | BARBARA A. DALLIA | SECOND SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | $4,166.75 | | $83,333.50 |
| 04/30/2014 | (29) | Barbara Dallia | THIRD SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | $4,166.75 | | $87,500.25 |
| 06/10/2014 | (29) | BARBARA DALLIA | FOURTH SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | $4,166.75 | | $91,667.00 |
| 07/09/2014 | (29) | Barbara Dallia | SETTLEMENT WITH BARBARA DALLIA PURSUANT TO AGREEMENT TO SELL ASSETS - FIFTH SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | $4,166.75 | | $95,833.75 |
| 08/07/2014 | (29) | Barbara Dallia | FINAL SETTLEMENT PAYMENT | 1129-000 | $4,166.75 | | $100,000.50 |
| 02/19/2015 | 1001 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $11.07 | $99,989.43 |

**SUBTOTALS** $100,000.50 $11.07

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-00136-PSH | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | FACKLIS, LEE MICHAEL | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***2620 | | Checking Acct #: | ******0253 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | LEE MICHAEL FACKLIS |
| For Period Beginning: | 1/4/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $100,000.50 | $11.07 | $99,989.43 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $100,000.50 | $11.07 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $100,000.50 | $11.07 | |

For the period of **1/4/2011** to **8/18/2015**

| | |
|---|---|
| Total Compensable Receipts: | $100,000.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $100,000.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $11.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **02/12/2014** to **8/18/2015**

| | |
|---|---|
| Total Compensable Receipts: | $100,000.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $100,000.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $11.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3         Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-00136-PSH | |
| **Case Name:** | FACKLIS, LEE MICHAEL | |
| **Primary Taxpayer ID #:** | **-***2620 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/4/2011 | |
| **For Period Ending:** | 8/18/2015 | |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Checking Acct #:** | ******0253 |
| **Account Title:** | LEE MICHAEL FACKLIS |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $100,000.50 | $11.07 | $99,989.43 |

| For the period of 1/4/2011 to 8/18/2015 | | For the entire history of the case between 07/09/2013 to 8/18/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $100,000.50 | Total Compensable Receipts: | $100,000.50 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $100,000.50 | Total Comp/Non Comp Receipts: | $100,000.50 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $11.07 | Total Compensable Disbursements: | $11.07 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11.07 | Total Comp/Non Comp Disbursements: | $11.07 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN

CLAIM ANALYSIS REPORT

Page No: 1  Exhibit C

| Case No.: | 11-00136-PSH | | | Trustee Name: | Gus A. Paloian |
| Case Name: | FACKLIS, LEE MICHAEL | | | Date: | 8/18/2015 |
| Claims Bar Date: | 04/16/2014 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN, TRUSTEE  131 S. DEARBORN STREET SUITE 2400 CHICAGO 60603 | 10/02/2014 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $8,250.03 | $8,250.03 | $0.00 | $0.00 | $0.00 | $8,250.03 |
| | POPOWCER KATTEN, LTD.  35 E. WACKER DR., SUITE 1550 CHICAGO IL 60601 | 10/10/2014 | Accountant for Trustee Fees (Other firm) | Allowed | 3410-000 | $0.00 | $1,396.50 | $1,396.50 | $0.00 | $0.00 | $0.00 | $1,396.50 |
| | SEYFARTH SHAW LLP | 10/02/2014 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $244.20 | $244.20 | $0.00 | $0.00 | $0.00 | $244.20 |

**Claim Notes:**   FIRST AND FINAL SEYFARTH EXPENSES

| 12 | OFFICE OF THE U.S. TRUSTEE  219 South Dearborn St. Room 873 Chicago IL 60604 | 07/23/2013 | U. S. Trustee Quarterly Fees | Allowed | 2950-000 | $0.00 | $325.00 | $325.00 | $0.00 | $0.00 | $0.00 | $325.00 |

**Claim Notes:**   Claim originally filed in the amount of $975.00.  Claim amended on 8/14/15.

| | SEYFARTH SHAW LLP | 10/02/2014 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $38,161.00 | $38,161.00 | $0.00 | $0.00 | $0.00 | $38,161.00 |

**Claim Notes:**   FIRST AND FINAL FEE APPLICATION

| 13 | ANDREW J. MAXWELL AND MAXWELL LAW GROUP, LLC  105 W. ADAMS ST. SUITE 3200 CHICAGO IL 60603 | 04/16/2014 | Other Professional Fees (Prior Chapter) | Allowed | 6700-000 | $0.00 | $68,774.90 | $68,774.90 | $0.00 | $0.00 | $0.00 | $68,774.90 |

**Claim Notes:**   CH. 11 FEES

CLAIM ANALYSIS REPORT

| Case No.: | 11-00136-PSH | | | Trustee Name: | Gus A. Paloian |
| Case Name: | FACKLIS, LEE MICHAEL | | | Date: | 8/18/2015 |
| Claims Bar Date: | 04/16/2014 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14a | STATE BOARD OF EQUALIZATION<br><br>SPECIAL OPERATIONS BRANCH<br>MIC:55<br>P.O. BOX 942879<br>SACRAMENTO CA 94279-0055 | 06/17/2015 | Claims of Governmental Units - 507(8) | Allowed | 5800-000 | $0.00 | $3,753.87 | $3,753.87 | $0.00 | $0.00 | $0.00 | $3,753.87 |
| 1 | DISCOVER BANK<br><br>Dfs Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | 01/10/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,531.30 | $11,531.30 | $0.00 | $0.00 | $0.00 | $11,531.30 |

**Claim Notes:** Allowed per G. Paloian.

| 2 | ECAST SETTLEMENT CORPORATION<br>c/o Bass & Associates,P.C.<br>3936 E. Ft.Lowell Rd Suite 200<br>Tucson AZ 85712 | 02/02/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $200.00 | $200.00 | $0.00 | $0.00 | $0.00 | $200.00 |

**Claim Notes:** Allowed per G. Paloian.  Claim Assigned from Capital One, N.A. - Dkt. 230

| 3 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 19850-5145 | 02/11/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,815.42 | $2,815.42 | $0.00 | $0.00 | $0.00 | $2,815.42 |

**Claim Notes:** Allowed per G. Paloian.

| 4 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 19850-5145 | 02/11/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $54,348.88 | $54,348.88 | $0.00 | $0.00 | $0.00 | $54,348.88 |

**Claim Notes:** Allowed per G. Paloian.

| 5 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 19850-5145 | 02/11/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,698.02 | $9,698.02 | $0.00 | $0.00 | $0.00 | $9,698.02 |

**Claim Notes:** Allowed per G. Paloian.

| Case No.: | 11-00136-PSH | | | | | | | | | Trustee Name: | | Gus A. Paloian |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FACKLIS, LEE MICHAEL | | | | | | | | | Date: | | 8/18/2015 |
| Claims Bar Date: | 04/16/2014 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | DEPARTMENT STORES NATIONAL BANK/MACY'S<br>Bankruptcy Processing<br>PO Box 8053<br>Mason OH 45040 | 03/07/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,024.30 | $1,024.30 | $0.00 | $0.00 | $0.00 | $1,024.30 |
| Claim Notes: | Allowed per G. Paloian. | | | | | | | | | | | |
| 7 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 03/16/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $21,831.30 | $21,831.30 | $0.00 | $0.00 | $0.00 | $21,831.30 |
| Claim Notes: | (7-1) CREDIT CARD DEBT; Allowed per G. Paloian. | | | | | | | | | | | |
| 9 | JP MORGAN CHASE BANK, N.A.<br>C/O FIVE LAKES AGENCY, INC.<br>PO BOX 80730<br>ROCHESTER MI 48308-0730 | 07/18/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,920.46 | $11,920.46 | $0.00 | $0.00 | $0.00 | $11,920.46 |
| Claim Notes: | ADDRESS CHANGED FROM P.O. BOX 201347, ARLINGTON, TX 76006 TO C/O FIVE LAKES AGENCY, INC. PO BOX 80730, ROCHESTER, MI  48308-0730 ON 8/25/14. | | | | | | | | | | | |
| 11 | AMERICAN CHARTERED BANK<br>c/o Meltzer, Purtill & Stelle LLC<br>Attn: Jordan M. Litwin<br>300 S. Wacker Dr., #3500<br>Chicago IL 60606 | 11/07/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,448,725.00 | $5,448,725.00 | $0.00 | $0.00 | $0.00 | $5,448,725.00 |
| Claim Notes: | (11-1) Money lent and guaranty obligations(11-2) Money lent and guaranty obligations (see attached) | | | | | | | | | | | |
| 14b | STATE BOARD OF EQUALIZATION SPECIAL OPERATIONS BRANCH<br>MIC:55<br>P.O. BOX 942879<br>SACRAMENTO CA 94279-0055 | 06/17/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,968.81 | $9,968.81 | $0.00 | $0.00 | $0.00 | $9,968.81 |

# CLAIM ANALYSIS REPORT

| Case No. | 11-00136-PSH | | | Trustee Name: | Gus A. Paloian |
| --- | --- | --- | --- | --- | --- |
| Case Name: | FACKLIS, LEE MICHAEL | | | Date: | 8/18/2015 |
| Claims Bar Date: | 04/16/2014 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 8 | BANK OF AMERICA, N.A. c/o BAC Home Loans Servicing, LP BK Dept - Mail Stop: CA6-919-01-23 400 National Way Simi Valley CA 93065 | 03/23/2011 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $426,722.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (8-2) 47535 Chapinwood Road, Grand View, Wisconsin

PER GUS, NO PAYMENT ON THIS CLAIM. THE ASSET WAS NOT ADMINISTERED.

| 10 | CITIMORTGAGE, INC. c/o Codilis & Associates, P.C. 15W030 N. Frontage Road, Suite 100 Burr Ridge IL 60527 | 07/20/2011 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $402,896.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** PER GUS, NO PAYMENT ON THIS CLAIM. THE ASSET WAS NOT ADMINISTERED.

| | | | | | | $6,522,587.50 | $5,692,968.99 | $0.00 | $0.00 | $0.00 | | $5,692,968.99 |

Page No: 5    Exhibit C

## CLAIM ANALYSIS REPORT

| **Case No.** | 11-00136-PSH | **Trustee Name:** | Gus A. Paloian |
|---|---|---|---|
| **Case Name:** | FACKLIS, LEE MICHAEL | **Date:** | 8/18/2015 |
| **Claims Bar Date:** | 04/16/2014 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other firm) | $1,396.50 | $1,396.50 | $0.00 | $0.00 | $0.00 | $1,396.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $244.20 | $244.20 | $0.00 | $0.00 | $0.00 | $244.20 |
| Attorney for Trustee Fees (Trustee Firm) | $38,161.00 | $38,161.00 | $0.00 | $0.00 | $0.00 | $38,161.00 |
| Claims of Governmental Units - 507(8) | $3,753.87 | $3,753.87 | $0.00 | $0.00 | $0.00 | $3,753.87 |
| General Unsecured 726(a)(2) | $5,572,063.49 | $5,572,063.49 | $0.00 | $0.00 | $0.00 | $5,572,063.49 |
| Other Professional Fees (Prior Chapter) | $68,774.90 | $68,774.90 | $0.00 | $0.00 | $0.00 | $68,774.90 |
| SECURED CLAIMS | $829,618.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $8,250.03 | $8,250.03 | $0.00 | $0.00 | $0.00 | $8,250.03 |
| U. S. Trustee Quarterly Fees | $325.00 | $325.00 | $0.00 | $0.00 | $0.00 | $325.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      11-00136
Case Name:     LEE MICHAEL FACKLIS
Trustee Name:  Gus A. Paloian

Balance on hand:  $99,989.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 8 | Bank of America, N.A. | $426,722.14 | $0.00 | $0.00 | $0.00 |
| 10 | CitiMortgage, Inc. | $402,896.37 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:  $0.00
Remaining balance:  $99,989.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $8,250.03 | $0.00 | $8,250.03 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $38,161.00 | $0.00 | $38,161.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $244.20 | $0.00 | $244.20 |
| POPOWCER KATTEN, LTD., Accountant for Trustee Fees | $1,396.50 | $0.00 | $1,396.50 |
| Office of the U.S. Trustee, U.S. Trustee Quarterly Fees | $325.00 | $0.00 | $325.00 |

Total to be paid for chapter 7 administrative expenses:  $48,376.73
Remaining balance:  $51,612.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
|  |  |  |  |

**UST Form 101-7-TFR (5/1/2011)**

| | | | |
|---|---:|---:|---:|
| Other: ANDREW J. MAXWELL AND MAXWELL LAW GROUP, LLC, Other Professional Fees | $68,774.90 | $0.00 | $51,612.70 |

                      Total to be paid to prior chapter administrative expenses:    $51,612.70
                                                      Remaining balance:    $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,753.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 14a | STATE BOARD OF EQUALIZATION | $3,753.87 | $0.00 | $0.00 |

                                           Total to be paid to priority claims:    $0.00
                                                          Remaining balance:    $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,572,063.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Discover Bank | $11,531.30 | $0.00 | $0.00 |
| 2 | eCAST Settlement Corporation | $200.00 | $0.00 | $0.00 |
| 3 | Chase Bank USA, N.A. | $2,815.42 | $0.00 | $0.00 |
| 4 | Chase Bank USA, N.A. | $54,348.88 | $0.00 | $0.00 |
| 5 | Chase Bank USA, N.A. | $9,698.02 | $0.00 | $0.00 |
| 6 | Department Stores National Bank/Macy's | $1,024.30 | $0.00 | $0.00 |
| 7 | American Express Centurion Bank | $21,831.30 | $0.00 | $0.00 |
| 9 | JP Morgan Chase Bank, N.A. | $11,920.46 | $0.00 | $0.00 |
| 11 | American Chartered Bank | $5,448,725.00 | $0.00 | $0.00 |
| 14b | STATE BOARD OF EQUALIZATION | $9,968.81 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**