## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-00136-PSH |
| | ) | Chapter 7 |
| LEE MICHAEL FACKLIS, | ) | |
| | ) | Hon. Pamela S. Hollis |
| Debtor. | ) | |
| | ) | Hearing Date: September 24, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

### COVER SHEET FOR FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD, FOR COMPENSATION AS ACCOUNTANTS FOR THE ESTATE

Name of Applicant:  Popowcer Katten, Ltd., Accountants

Authorized to Provide
Professional Services to:  The Estate

Date of Order Authorizing
Employment:  March 13, 2014

Period for which Compensation
and Reimbursement is Sought:  March 13, 2014 through October 30, 2014

Amount of Final Fees Sought:  $1,396.50

Amount of Final Expense
Reimbursement Sought:  $   0.00

This is an:  X  Final    Interim Application.

Prior Applications    Date Filed    Amount Requested    Amount Awarded

None

Dated: August 19, 2015

Respectfully submitted,

Popowcer Katten, Ltd., Accountants

By: /s/ Lois West
    Lois West, CPA

20663101v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No. 11-00136-PSH |
| ) | Chapter 7 |
| LEE MICHAEL FACKLIS, ) | |
| ) | Hon. Pamela S. Hollis |
| Debtors ) | |
| ) | Hearing Date: September 24, 2015 |
| ) | Hearing Time: 10:30 a.m. |

### FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR ALLOWANCE OF COMPENSATION AS ACCOUNTANTS FOR THE ESTATE

Popowcer Katten, Ltd. ("Popowcer"), tax accountants for the Bankruptcy Estate of Lee Michael Facklis (the "Estate") respectfully presents its First and Final Application for the Allowance of Compensation (the "Application") for services rendered and to be rendered as accountants on behalf of Gus A. Paloian, not individually but solely as the Chapter 7 Trustee ("Trustee") for the period March 13, 2014 through October 30, 2014 (the "Application Period"). In support of this Application, Popowcer states as follows:

### FACTUAL AND PROCEDURAL BACKGROUND

1. On January 4, 2011, the above-captioned Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, as amended (the "Bankruptcy Code"), thereby commencing the above-captioned case (the "Case").

2. On February 4, 2011, the Debtor filed his schedules of assets and liabilities (collectively and as amended, the "Schedules") and his Statement of Financial Affairs ("SOFA"). *See* Dkt. Nos. 18, 19. Thereafter, the Debtor filed certain amended Schedules. *See* Dkt. No. 174.

3. On July 9, 2013, this Court entered an Order converting the case to Chapter 7. *See* Dkt. No. 189.

20663101v.1

4. The U.S. Trustee appointed Gus A. Paloian as the Chapter 7 Trustee, pursuant to Letter of Appointment entered with the Court on July 10, 2013. *See* Dkt. 190.

5. By its Order of March 13, 2014, this Court authorized the Trustee to employ Popowcer as accountants for the Estate. A copy of the March 13, 2014 order is attached hereto as **Exhibit 1**.

### EXTENT AND NATURE OF SERVICES RENDERED

6. Popowcer has advised the Trustee as to the Estate tax matters and performed accounting services relating to the preparation of tax forms and returns for the Estate for the final tax year 2014. Additionally, Popowcer prepared letters to the Internal Revenue Service (the "IRS") and the Illinois Department of Revenue (the "IDOR") in accordance with section 505(b) and responded to multiple notices received from the IRS and IDOR.

7. In this Application, Popowcer seeks the allowance of $1,396.50 in final compensation for necessary services rendered. A copy of Popowcer's invoice identifying the services provided is attached hereto as **Exhibit 2**.

### PRIOR COMPENSATION

8. This is the first and final application that Popowcer will file in the case.

9. Popowcer has not previously received payment of any compensation for services rendered in connection with this case. Popowcer has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer.

### STATUS OF CASE

10. The Trustee has completed his administration of this case. The Trustee's final report has been filed simultaneously herewith.

Document   Page 4 of 9

## RELIEF REQUESTED

WHEREFORE, Popowcer requests the entry of an Order:

A.  Allowing Popowcer final compensation in the amount of $1,396.50;

B.  Authorizing the Trustee to pay Popowcer the amount of $1,396.50 in compensation, as part of Trustee's final distribution in this case from the funds on hand in the Estate; and

C.  Granting such other and further relief as this Court deems proper.

Dated: August 19, 2015                Respectfully submitted,

Popowcer Katten, Ltd., Accountants


By: /s/ Lois West
    Lois West, CPA

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>LEE MICHAEL FACKLIS,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   11-00136<br><br>Chapter: 7<br>Honorable Pamela S. Hollis |

### ORDER AUTHORIZING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY POPOWCER KATTEN, LTD. AS HIS ACCOUNTANT

Upon the Application (the "Application") of Chapter 7 Trustee (the "Trustee") for Entry of Order Authorizing and Approving the Retention of Popowcer Katten, Ltd. ("PKL") as His Accountant; and upon the Affidavit of Lois West (the "West Affidavit"); due and adequate notice of the Application having been provided and no other or further notice being required;

IT IS ORDERED THAT:

1. The Application is granted.

2. The notice of the Application as given is deemed sufficient and proper.

3. In accordance with 11 U.S.C. §§ 105(a), 327(a), and 328(a), and Federal Rule of Bankruptcy Procedure 2002(a)(6), the retention and employment of PKL, on the terms and conditions described in the Application and the West Affidavit, is authorized and approved.

4. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Enter:    /s/ Pamela S. Hollis

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: March 13, 2014

**Prepared by:**

James B. Sowka (6291998)
SEYFARTH SHAW LLP
131 South Dearborn Street
Chicago, Illinois 60603-5577
Telephone: (312) 460-5000
jsowka@seyfarth.com

# EXHIBIT 2

Invoice No. 28195



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Michael Lee Facklis (11-00136)
- Seyfarth Shaw LLP
- c/o Gus A. Paloian, Trustee
- 131 S. Dearborn Street, Suite 2400
- Chicago, IL 60603

**Date:** August 17, 2015          **Account No.:** PAL1027L

For Professional Services Rendered:

For accounting and tax services rendered for the period October 10, 2014 through October 30, 2015 including preparation of federal and state fiduciary income tax returns for the final period ended October 31, 2014 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue to request and expedited audit in accordance with code section 505 (b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

| | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L. West | Bankruptcy Specialist | 5.7 | $245. | $ 1,396.50 |
| | Total : | 5.7 | | $ 1,396.50 |

ESTATE OF MICHAEL LEE FACKLIS (11-00136)

Time Sort by Date

ACCOUNTING & TAX SERVICES

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 10/10/2014 | Tax Return Preparation - Review settlement agreement - request additional information to allocate settlement proceeds between assets sold. Calculate loss on sale of Whipple property. | 1.5 | L. West | $245 | 367.50 |
| 10/24/2014 | Tax Return Preparation - Prepare workpapers and federal and state fiduciary returns for final period ended October 31, 2014 - forms 1041 / 1040 and IL-1041/IL-1040. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. Make manual changes as required and draft statement for attachment to returns re: bankruptcy filing. | 3.9 | L. West | $245 | 955.50 |
| 10/30/2014 | Tax Review - Final review - check assembly and sign final returns for 10/31/14 - forms 1041/1040 and IL-1041 / IL-1040. | 0.3 | L. West | $245 | 73.50 |
| | Total | 5.7 | | | 1,396.50 |