Certificate of Notice   Page 1 of 7

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-00136 |
| | § | |
| LEE MICHAEL FACKLIS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on 9/24/15, in Courtroom 644,** United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:   August 24, 2015                    By:   /s/ Gus A. Paloian
                                                 Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-00136 |
| | § | |
| LEE MICHAEL FACKLIS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $100,000.50
*and approved disbursements of* $11.07
*leaving a balance on hand of[1] :* $99,989.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 8 | Bank of America, N.A. | $426,722.14 | $0.00 | $0.00 | $0.00 |
| 10 | CitiMortgage, Inc. | $402,896.37 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $99,989.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $8,250.03 | $0.00 | $8,250.03 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $38,161.00 | $0.00 | $38,161.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $244.20 | $0.00 | $244.20 |
| POPOWCER KATTEN, LTD., Accountant for | $1,396.50 | $0.00 | $1,396.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Trustee Fees | | | |
| Office of the U.S. Trustee, U.S. Trustee Quarterly Fees | $325.00 | $0.00 | $325.00 |

Total to be paid for chapter 7 administrative expenses: $48,376.73
Remaining balance: $51,612.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: ANDREW J. MAXWELL AND MAXWELL LAW GROUP, LLC, Other Professional Fees | $68,774.90 | $0.00 | $51,612.70 |

Total to be paid to prior chapter administrative expenses: $51,612.70
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,753.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14a | STATE BOARD OF EQUALIZATION | $3,753.87 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,572,063.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $11,531.30 | $0.00 | $0.00 |
| 2 | eCAST Settlement Corporation | $200.00 | $0.00 | $0.00 |
| 3 | Chase Bank USA, N.A. | $2,815.42 | $0.00 | $0.00 |
| 4 | Chase Bank USA, N.A. | $54,348.88 | $0.00 | $0.00 |
| 5 | Chase Bank USA, N.A. | $9,698.02 | $0.00 | $0.00 |
| 6 | Department Stores National Bank/Macy's | $1,024.30 | $0.00 | $0.00 |
| 7 | American Express Centurion Bank | $21,831.30 | $0.00 | $0.00 |
| 9 | JP Morgan Chase Bank, N.A. | $11,920.46 | $0.00 | $0.00 |
| 11 | American Chartered Bank | $5,448,725.00 | $0.00 | $0.00 |
| 14b | STATE BOARD OF EQUALIZATION | $9,968.81 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:    $0.00
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:    $0.00
Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:    $0.00

UST Form 101-7-NFR (10/1/2010)

Remaining balance: $0.00

Prepared By: /s/ Gus A. Paloian
Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                            Case No. 11-00136-PSH
Lee Michael Facklis                                               Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pseamann              Page 1 of 2              Date Rcvd: Aug 25, 2015
                              Form ID: pdf006             Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2015.
```
db             +Lee Michael Facklis,    2201 West Fulton Street,    Chicago, IL 60612-2205
21806704       +ANDREW J. MAXWELL AND MAXWELL LAW GROUP, LLC,    105 W. ADAMS ST. SUITE 3200,
                 CHICAGO, IL 60603-6209
16629081       +American Chartered,    932 W. Randolph,    Chicago, IL 60607-2219
19665703       #+American Chartered Bank,    c/o Meltzer, Purtill & Stelle LLC,    Attn: Jordan M. Litwin,
                 300 S. Wacker Dr., #3500,    Chicago, IL 60606-6704
16629082       +American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
16964987        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17000615       +Bank of America, N.A.,    c/o BAC Home Loans Servicing, LP,    BK Dept - Mail Stop: CA6-919-01-23,
                 400 National Way,    Simi Valley, CA 93065-6414
16629083        Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5298
16803210        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16629084       +Citi Mortgage, Inc.,    Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,
                 Burr Ridge, IL 60527-6921
17564328       +CitiMortgage, Inc.,    c/o Codilis & Associates, P.C.,    15W030 N. Frontage Road, Suite 100,
                 Burr Ridge, IL 60527-6921
16918363       +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
16629079       +Facklis Lee Michael,    2633 North Whipple,    Chicago, IL 60647-1721
20507678       +IATSE/MPMO Severance Trust,    Local Union 110,    216 S Jefferson, Ste 203,
                 Chicago, IL 60661-5703
17472927       +JP Morgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    PO Box 80730,
                 Rochester, MI 48308-0730
16629080        Maxwell Law Group LLC,    105 W Adams,    Chicago, IL  60603-6209
16629087       +Photon Electric,    5354 N. Milwaukee,    Chicago, IL 60630-1250
22837827        State Board of Equalization,    Special Operations Branch, MIC:55,    PO Box 942879,
                 Sacramento, CA 94279-0055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19244058       +E-mail/Text: bnc@bass-associates.com Aug 26 2015 00:05:03      Capital One, N.A.,
                 C/O Bass & Associates,P.C.,    3936 E. Ft.Lowell Rd Suite 200,    Tucson,AZ 85712-1083
16650247        E-mail/PDF: mrdiscen@discover.com Aug 26 2015 00:19:35      Discover Bank,    Dfs Services LLC,
                 PO Box 3025,    New Albany, OH  43054-3025
16629085       +E-mail/PDF: mrdiscen@discover.com Aug 26 2015 00:19:35      Discover Card,    P.O. Box 6103,
                 Carol Stream, IL 60197-6103
16756198       +E-mail/Text: bnc@bass-associates.com Aug 26 2015 00:05:03
                 HSBC Bank Nevada, N.A. (Best Buy Co., Inc.),    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
20758284       +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Aug 26 2015 00:05:22      Office of the U.S. Trustee,
                 219 South Dearborn St.,    Room 873,    Chicago, IL 60604-2027
21967969       +E-mail/Text: bnc@bass-associates.com Aug 26 2015 00:05:03      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                                TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16629086      ##+Michael Lerner,    1555 N. Sheffield,    Chicago, IL 60642-2535
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: pseamann            Page 2 of 2           Date Rcvd: Aug 25, 2015
                              Form ID: pdf006           Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2015 at the address(es) listed below:

```
              Andrew J Maxwell    on behalf of Plaintiff Jeffrey Dean Facklis maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell    on behalf of Debtor Lee Michael Facklis maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell    on behalf of Plaintiff Lee Michael Facklis maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell, ESQ    on behalf of Debtor Lee Michael Facklis maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Andrew R Schwartz    on behalf of Debtor Lee Michael Facklis andy@schwartz-lawyer.com,
               deb@schwartz-lawyer.com;kjeffreys@schwartz-lawyer.com;tjk@schwartz-lawyer.com;lawclerk@schwartz-l
               awyer.com
              Bret  Harper    on behalf of Trustee Gus A Paloian bharper@seyfarth.com,   chidocket@seyfarth.com
              David L Kane    on behalf of Defendant    American Chartered Bank dkane@mpslaw.com,
               dnichols@mpslaw.com;crampich@mpslaw.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor     American Chartered Bank dkane@mpslaw.com,
               dnichols@mpslaw.com;crampich@mpslaw.com;jlitwin@mpslaw.com
              Ellen L Parker    on behalf of Debtor Lee Michael Facklis eparker@showdepartment.com
              Forrest  B Lammiman    on behalf of Defendant    American Chartered Bank flammiman@mpslaw.com,
               dkane@mpslaw.com;srogovin@mpslaw.com;dnichols@mpslaw.com;jlitwin@mpslaw.com;crampich@mpslaw.com
              Forrest  B Lammiman    on behalf of Creditor    American Chartered Bank flammiman@mpslaw.com,
               dkane@mpslaw.com;srogovin@mpslaw.com;dnichols@mpslaw.com;jlitwin@mpslaw.com;crampich@mpslaw.com
              Francisco  Connell    on behalf of Creditor    American Chartered Bank fconnell@chuhak.com,
               hcummins@chuhak.com
              Gus A Paloian    on behalf of Accountant    Popowcer Katten  Ltd. gpaloian@seyfarth.com,
               gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
              Gus A Paloian     gpaloian@seyfarth.com,
               gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
              James B. Sowka    on behalf of Trustee Gus A Paloian jsowka@seyfarth.com,
               chidocket@seyfarth.com;ctholen@seyfarth.com
              Joel P Fonferko    on behalf of Creditor    CitiMortgage, Inc. ND-One@il.cslegal.com
              Jordan M Litwin    on behalf of Defendant    American Chartered Bank jlitwin@mpslaw.com,
               dnichols@mpslaw.com;crampich@mpslaw.com
              Karen  Jeffreys    on behalf of Debtor Lee Michael Facklis kjeffreys@schwartz-lawyer.com
              Nicole A Elipas    on behalf of Plaintiff Lee Michael Facklis naelipas@maxwellandpotts.com,
               maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
              Nicole A Elipas    on behalf of Plaintiff Jeffrey Dean Facklis naelipas@maxwellandpotts.com,
               maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
              Nicole A Elipas    on behalf of Debtor Lee Michael Facklis naelipas@maxwellandpotts.com,
               maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
              Terri M Long    on behalf of Creditor    BAC Home Loans Servicing, LP, c/o Prober & Raphael,  A Law
               Corporation Courts@tmlong.com
              Vikram R Barad    on behalf of Debtor Lee Michael Facklis vbarad@maxwellandpotts.com
              Vikram R Barad    on behalf of Plaintiff Lee Michael Facklis vbarad@maxwellandpotts.com
              Vikram R Barad    on behalf of Plaintiff Jeffrey Dean Facklis vbarad@maxwellandpotts.com
                                                                                             TOTAL: 26
```