**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-00136 |
| | § | |
| LEE MICHAEL FACKLIS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $8,043,145.00 | Assets Exempt: | $21,600.00 |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $6,006,164.96 |
| Total Expenses of Administration: | $100,000.50 | | |

3) Total gross receipts of $100,000.50 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $100,000.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $5,793,872.59 | $829,618.51 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $48,387.80 | $48,387.80 | $48,387.80 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $68,774.90 | $68,774.90 | $51,612.70 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $430,347.60 | $5,575,817.36 | $5,575,817.36 | $0.00 |
| **Total Disbursements** | $6,224,220.19 | $6,522,598.57 | $5,692,980.06 | $100,000.50 |

4). This case was originally filed under chapter 11 on 01/04/2011. The case was converted to one under Chapter 7 on 07/09/2013. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/06/2015     By:  /s/ Gus A. Paloian
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| SETTLEMENT WITH BARBARA DALLIA - PURCHASER OF ASSETS INCLUDING 2633 N. WHIPPLE STREET, CHICAGO, IL, RETIREMENT ACCTS., P | 1129-000 | $100,000.50 |
| **TOTAL GROSS RECEIPTS** | | $100,000.50 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Bank of America, N.A. | 4110-000 | $0.00 | $426,722.14 | $0.00 | $0.00 |
| 10 | CitiMortgage, Inc. | 4110-000 | $0.00 | $402,896.37 | $0.00 | $0.00 |
| | American Chartered | 4110-000 | $722,795.48 | $0.00 | $0.00 | $0.00 |
| | American Chartered | 4110-000 | $179,221.51 | $0.00 | $0.00 | $0.00 |
| | American Chartered | 4110-000 | $190,555.60 | $0.00 | $0.00 | $0.00 |
| | American Chartered | 4110-000 | $4,300,000.00 | $0.00 | $0.00 | $0.00 |
| | Citi Mortgage, Inc. | 4110-000 | $401,300.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $5,793,872.59 | $829,618.51 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee | 2100-000 | NA | $8,250.03 | $8,250.03 | $8,250.03 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $11.07 | $11.07 | $11.07 |
| Office of the U.S. Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $38,161.00 | $38,161.00 | $38,161.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| SEYFARTH SHAW LLP, Attorney for Trustee | 3120-000 | NA | $244.20 | $244.20 | $244.20 |
| POPOWCER KATTEN, LTD., Accountant for Trustee | 3410-000 | NA | $1,396.50 | $1,396.50 | $1,396.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $48,387.80 | $48,387.80 | $48,387.80 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL AND MAXWELL LAW GROUP, LLC, Other Professional | 6700-000 | NA | $68,774.90 | $68,774.90 | $51,612.70 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $68,774.90 | $68,774.90 | $51,612.70 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $11,531.30 | $11,531.30 | $0.00 |
| 2 | eCAST Settlement Corporation | 7100-000 | $0.00 | $200.00 | $200.00 | $0.00 |
| 3 | Chase Bank USA, N.A. | 7100-000 | $0.00 | $2,815.42 | $2,815.42 | $0.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | $0.00 | $54,348.88 | $54,348.88 | $0.00 |
| 5 | Chase Bank USA, N.A. | 7100-000 | $0.00 | $9,698.02 | $9,698.02 | $0.00 |
| 6 | Department Stores National Bank/Macy's | 7100-000 | $0.00 | $1,024.30 | $1,024.30 | $0.00 |
| 7 | American Express Centurion Bank | 7100-000 | $0.00 | $21,831.30 | $21,831.30 | $0.00 |
| 9 | JP Morgan Chase Bank, N.A. | 7100-000 | $0.00 | $11,920.46 | $11,920.46 | $0.00 |
| 11 | American Chartered Bank | 7100-000 | $0.00 | $5,448,725.00 | $5,448,725.00 | $0.00 |
| 14a | STATE BOARD | 7200-000 | $0.00 | $3,753.87 | $3,753.87 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|     |                           |          |              |              |              |        |
| --- | ------------------------- | -------- | ------------ | ------------ | ------------ | ------ |
|     | OF EQUALIZATION           |          |              |              |              |        |
| 14b | STATE BOARD OF EQUALIZATION | 7200-000 | $0.00        | $9,968.81    | $9,968.81    | $0.00  |
|     | American Express          | 7100-000 | $21,525.00   | $0.00        | $0.00        | $0.00  |
|     | Capital One               | 7100-000 | $0.00        | $0.00        | $0.00        | $0.00  |
|     | Chase                     | 7100-000 | $2,403.72    | $0.00        | $0.00        | $0.00  |
|     | Chase                     | 7100-000 | $55,080.64   | $0.00        | $0.00        | $0.00  |
|     | Chase                     | 7100-000 | $9,700.00    | $0.00        | $0.00        | $0.00  |
|     | Chase                     | 7100-000 | $11,500.00   | $0.00        | $0.00        | $0.00  |
|     | Discover Card             | 7100-000 | $10,536.00   | $0.00        | $0.00        | $0.00  |
|     | Macy's                    | 7100-000 | $1,000.00    | $0.00        | $0.00        | $0.00  |
|     | Michael Lerner            | 7100-000 | $250,000.00  | $0.00        | $0.00        | $0.00  |
|     | Photon Electric           | 7100-000 | $42,772.00   | $0.00        | $0.00        | $0.00  |
|     | Schuetz Construction      | 7100-000 | $25,830.24   | $0.00        | $0.00        | $0.00  |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $430,347.60 | $5,575,817.36 | $5,575,817.36 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 11-00136   Doc 252   Filed 12/02/15   Entered 12/02/15 14:38:35   Desc Main
Document      Page 6 of 10

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 11-00136-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | FACKLIS, LEE MICHAEL | Date Filed (f) or Converted (c): | 07/09/2013 (c) |
| For the Period Ending: | 11/6/2015 | §341(a) Meeting Date: | 08/14/2013 |
| | | Claims Bar Date: | 04/16/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2100 N. Damen Chicago IL | $130,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2201 W. Fulton Chicago IL | $6,000,000.00 | $1,700,000.00 | | $0.00 | FA |
| 3 | 2633 W. Whipple Street Chicago, IL | $1,500,000.00 | $181,683.01 | | $0.00 | FA |
| 4 | Cash on Hand | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Checking account | $1,383.00 | $0.00 | | $0.00 | FA |
| 6 | Household furnishing, etc @ residence 2633 North Whipple, Chicabo | $5,000.00 | $3,833.00 | | $0.00 | FA |
| 7 | ordinary books, family pictures, etc | $500.00 | $0.00 | | $0.00 | FA |
| 8 | ordinary and necessary wearing apparel | $2,000.00 | $0.00 | | $0.00 | FA |
| 9 | misc. jewelry | $250.00 | $0.00 | | $0.00 | FA |
| 10 | ski and hobby equipment, firearms | $1,000.00 | $0.00 | | $0.00 | FA |
| 11 | Gensworth - no cash value - beneficiary Barbara Dallia | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Gensworth - no cash value - bene Jeff Facklis | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Pekin - no casd value - bene Jeff Facklis Trust | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Prudential - no case balue - bene Lee Facklis Trust | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Transamerica - no case value - bene A. Facklis | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Transamerica - no case value - bene Jeff Facklis Trust | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Transamerica - no case value - bene M. Banks | $0.00 | $0.00 | | $0.00 | FA |
| 18 | 100 Shares Show Department Inc. | Unknown | $0.00 | | $0.00 | FA |
| 19 | 100% Member 2100 N. Damen LLC | Unknown | $0.00 | | $0.00 | FA |
| 20 | 50% Member 2201 W. Fulton LLC (ownded by LMF Trust) | Unknown | $0.00 | | $0.00 | FA |
| 21 | 50% Member Boreray LLC | Unknown | $0.00 | | $0.00 | FA |
| 22 | 50% Member Resolution Digital Studios LLC | Unknown | $0.00 | | $0.00 | FA |
| 23 | 2201 W. Fulton LLC | $40,898.00 | $40,898.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 11-00136-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | FACKLIS, LEE MICHAEL | Date Filed (f) or Converted (c): | 07/09/2013 (c) |
| For the Period Ending: | 11/6/2015 | §341(a) Meeting Date: | 08/14/2013 |
| | | Claims Bar Date: | 04/16/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 24 | Boreray LLC | $11,745.00 | $11,745.00 | | $0.00 | FA |
| 25 | Possible Tax Return | Unknown | $0.00 | | $0.00 | FA |
| 26 | Lee M. Facklis Revocable Declaration of Trust dated Feb 22 2001 (trust owns B9 and B13 items | Unknown | $0.00 | | $0.00 | FA |
| 27 | Jack Russell Terrier @ residence | $100.00 | $100.00 | | $0.00 | FA |
| 28 | misc tools | $500.00 | $400.00 | | $0.00 | FA |
| 29 | SETTLEMENT WITH BARBARA DALLIA - PURCHASER OF ASSETS INCLUDING 2633 N. WHIPPLE STREET, CHICAGO, IL, RETIREMENT ACCTS., PERSONAL PROP., AND BUSINESS INTERESTS LISTED IN SCHEDULE B, ALL TAXES REFUNDS, AND CAUSES OF ACTION | $0.00 | $100,000.00 | | $100,000.50 | FA |
| | **Asset Notes:** SETTLEMENT WITH BARBARA DALLIA - PURCHASER OF ASSETS INCLUDING 2633 N. WHIPPLE STREET, CHICAGO, IL, RETIREMENT ACCTS., PERSONAL PROP., AND BUSINESS INTERESTS LISTED IN SCHEDULE B, ALL TAXES REFUNDS, AND CAUSES OF ACTION | | | | | |
| 30 | IRA | $371,169.00 | $371,169.00 | | $0.00 | FA |
| | **Asset Notes:** IRA | | | | | |

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $8,064,745.00 | $2,409,828.01 | | $100,000.50 | $0.00 |

**Major Activities affecting case closing:**
The Trustee entered into a settlement agreement whereby purchaser agreed to purchase certain personal and business assets of the Estate. The purchaser made installment payments.
The Final Report will be submitted to the UST by 7/31/15.

| Initial Projected Date Of Final Report (TFR): | 12/31/2015 | Current Projected Date Of Final Report (TFR): | /s/ GUS A. PALOIAN |
|---|---|---|---|
| | | | GUS A. PALOIAN |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| **Case No.** | 11-00136-PSH | **Trustee Name:** | Gus A. Paloian |
|---|---|---|---|
| **Case Name:** | FACKLIS, LEE MICHAEL | **Bank Name:** | East West Bank |
| **Primary Taxpayer ID #:** | **-***2620 | **Checking Acct #:** | ******0253 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | LEE MICHAEL FACKLIS |
| **For Period Beginning:** | 1/4/2011 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 11/6/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/12/2014 | (29) | BARBARA A. DALLIA FOR LEE MICHAEL FACKLIS | PROCEEDS FROM SALE OF 2633 N. WHIPPLE STREET, CHICAGO, IL | 1129-000 | $25,000.00 | | $25,000.00 |
| 03/13/2014 | (29) | Barbara Dallia | SETTLEMENT WITH BARBARA DALLIA PURSUANT TO AGREEMENT TO SELL ASSETS - FIRST INSTALLMENT PAYMENT | 1129-000 | $4,166.75 | | $29,166.75 |
| 03/13/2014 | (29) | Barbara Dallia | SETTLEMENT WITH BARBARA DALLIA PURSUANT TO AGREEMENT TO SELL ASSETS - MARCH, 2014 LUMP PAYMENT | 1129-000 | $50,000.00 | | $79,166.75 |
| 04/03/2014 | (29) | BARBARA A. DALLIA | SECOND SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | $4,166.75 | | $83,333.50 |
| 04/30/2014 | (29) | Barbara Dallia | THIRD SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | $4,166.75 | | $87,500.25 |
| 06/10/2014 | (29) | BARBARA DALLIA | FOURTH SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | $4,166.75 | | $91,667.00 |
| 07/09/2014 | (29) | Barbara Dallia | SETTLEMENT WITH BARBARA DALLIA PURSUANT TO AGREEMENT TO SELL ASSETS - FIFTH SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | $4,166.75 | | $95,833.75 |
| 08/07/2014 | (29) | Barbara Dallia | FINAL SETTLEMENT PAYMENT | 1129-000 | $4,166.75 | | $100,000.50 |
| 02/19/2015 | 1001 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $11.07 | $99,989.43 |
| 09/25/2015 | 1002 | POPOWCER KATTEN, LTD. | Claim #: ; Distribution Dividend: 100.00; | 3410-000 | | $1,396.50 | $98,592.93 |
| 09/25/2015 | 1003 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $244.20 | $98,348.73 |
| 09/25/2015 | 1004 | GUS A. PALOIAN, TRUSTEE | Trustee Compensation | 2100-000 | | $8,250.03 | $90,098.70 |
| 09/25/2015 | 1005 | Office of the U.S. Trustee | Claim #: 12; Distribution Dividend: 100.00; | 2950-000 | | $325.00 | $89,773.70 |
| 09/25/2015 | 1006 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $38,161.00 | $51,612.70 |
| 09/25/2015 | 1007 | ANDREW J. MAXWELL AND MAXWELL LAW GROUP, LLC | Claim #: 13; Distribution Dividend: 75.05; | 6700-000 | | $51,612.70 | $0.00 |
| | | | | **SUBTOTALS** | $100,000.50 | $100,000.50 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| **Case No.** | 11-00136-PSH | **Trustee Name:** | Gus A. Paloian |
|---|---|---|---|
| **Case Name:** | FACKLIS, LEE MICHAEL | **Bank Name:** | East West Bank |
| **Primary Taxpayer ID #:** | **-***2620 | **Checking Acct #:** | ******0253 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | LEE MICHAEL FACKLIS |
| **For Period Beginning:** | 1/4/2011 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 11/6/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  |  |  | **TOTALS:** | $100,000.50 | $100,000.50 | $0.00 |
|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | $100,000.50 | $100,000.50 | |
|  |  |  | Less: Payments to debtors | $0.00 | $0.00 | |
|  |  |  | **Net** | $100,000.50 | $100,000.50 | |

**For the period of 1/4/2011 to 11/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $100,000.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $100,000.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $100,000.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $100,000.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/12/2014 to 11/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $100,000.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $100,000.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $100,000.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $100,000.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-00136-PSH | | Trustee Name: | Gus A. Paloian |
| --- | --- | --- | --- | --- |
| Case Name: | FACKLIS, LEE MICHAEL | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***2620 | | Checking Acct #: | ******0253 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | LEE MICHAEL FACKLIS |
| For Period Beginning: | 1/4/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $100,000.50 | $100,000.50 | $0.00 |

**For the period of 1/4/2011 to 11/6/2015**

| | |
| --- | --- |
| Total Compensable Receipts: | $100,000.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $100,000.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $100,000.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $100,000.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/09/2013 to 11/6/2015**

| | |
| --- | --- |
| Total Compensable Receipts: | $100,000.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $100,000.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $100,000.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $100,000.50 |
| Total Internal/Transfer Disbursements: | $0.00 |